UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

                        Plaintiff,

-against-

James Macklin

                       Defendant.

------------------------------------------------------------

Case No.: 12 MJ 232 (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 22 day of February, 20 21
Poughkeepsie, New York